**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

IN RE:                         :

                              :     CHAPTER 11

CORNERSTONE BAPTIST CHURCH OF MACON, INC., :

                              :     CASE NO. 11-51573

          Debtor                :

## DEBTOR'S MONTHLY OPERATING REPORT

for the period

from March 1, 2012 to March 31, 2012

        COMES NOW the above-named Debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and Bankruptcy Rule 2015.

_____

WESLEY J. BOYER

Debtor's address & phone number:
Attention:  Rev. Michael Blizzard
5399 Hartley Bridge Road
Macon, GA 31216

Attorney's address & phone number:
355 Cotton Avenue
Macon, GA  31201
(478) 742-6481

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re   Cornerstone Baptist Church of Macon Inc .            Case No.   11-51573
_____          _____
        *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   March 2012                      Date filed:   04/15/2012
_____                         _____

Line of Business:   Church               NAISC Code:   236220
_____                         _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF
PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE
ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE,
CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Charles Michael Blizzard-Cornerstone Baptist Church of Macon, Inc.
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ | ☑ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

|  |  |  |  |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?                                                    ☐          ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |
|---|---|
| **TOTAL INCOME** $ | 7,662.84 |

### SUMMARY OF CASH ON HAND

|  |  |
|---|---|
| Cash on Hand at Start of Month | $ 80.38 |
| Cash on Hand at End of Month | $ 199.18 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** | $ 52.09 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

|  |  |
|---|---|
| **TOTAL EXPENSES** $ | 7,721.82 |

*(Exhibit C)*

## CASH PROFIT

|  |  |  |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 7,662.84 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 6,902.24 |
| *(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** | $ | 760.60 |

08/30/2022  07:30   4787818701   ANDERSON LAW   PAGE  05

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? _____ 3

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 3

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD? $ _____ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE? $ _____ 6,905.50

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD? $ _____ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE? $ _____ 0.00

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | | Actual | Difference |
|---|---|---|---|---|
| INCOME | $ | $ | 86,875.08 | $ |
| EXPENSES | $ | $ | 85,410.94 | $ |
| CASH PROFIT | $ | $ | 1,464.14 | $ |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 10,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 10,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 0.00 |

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

**Case Name:  Cornerstone Baptist Church of Macon, Inc.**
**Case #: 11-51573**

**Small Business Monthly Operating Report**
**Exhibit B**
        March       2012

Income

| Date | Amount |
| --- | --- |
| 3/4/2012 | $ 3,131.00 |
| 3/11/2012 | $ 1,627.00 |
| 3/18/2012 | $ 1,539.84 |
| 3/20/2012 | $   250.00 |
| 3/25/2012 | $ 1,115.00 |

| Total | $  7,662.84 |

**Case Name:  Cornerstone Baptist Church of Macon, Inc.**
**Case #: 11-51573**

**Small Business Monthly Operating Report**
**Exhibit C**
         March       2012

Expenses

| Date | Amount |
|------|--------|
| 3/4/2012 | $ 29.52 |
| 3/4/2012 | $ 350.00 |
| 3/4/2012 | $ 375.00 |
| 3/4/2012 | $ 1,000.00 |
| 3/4/2012 | $ 1,079.72 |
| 3/11/2012 | $ 1,000.00 |
| 3/11/2012 | $ 21.95 |
| 3/11/2012 | $ 45.86 |
| 3/11/2012 | $ 99.39 |
| 3/16/2012 | $ 55.00 |
| 3/18/2012 | $ 32.75 |
| 3/18/2012 | $ 1,000.00 |
| 3/21/2012 | $ 227.32 |
| 3/18/2012 | $ 388.05 |
| 3/21/2012 | $ 100.00 |
| 3/25/2012 | $1,000.00 |
| 3/25/2012 | $ 97.68 |

| Total | $ 6,902.24 |

08/30/2022  07:30    4787818701                    CORNERSTONE                    PAGE  09

**Case Name:  Cornerstone Baptist Church of Macon, Inc.**
**Case #: 11-51573**

**Small Business Monthly Operating Report**
**Exhibit D**

                              March      2012

Unpaid Bills Since Bankruptcy Filed
None as of March 31th
with exception of salaries

 **e|statement**

Capital City Bank OnLine

A Home Equity Line of Credit provides the money needed when insurance or emergency funds aren't enough to handle the unexpected. Apply today and, once approved, access this cash-up to available credit limit-when you need it most. www.ccbg.com

CORNERSTONE BAPTIST CHURCH OF MACON, INC
OPERATING ACCOUNT
P O BOX 3296
MACON GA 31205-3296

Date  3/30/12
Primary Account

Page   1
XXXXXX1601

## CHECKING ACCOUNT

ABSOLUTELY FREE BUSINESS CKING          Images                          15
Account Number          XXXXXX1601      Statement Dates   3/01/12 thru  4/01/12
Previous Balance          1,024.88      Days in this Statement Period    32
 5 Deposits/Credits       7,662.84      Avg Ledger Balance           995.97
19 Checks/Debits          7,949.14      Avg Collected Balance        795.35
Service Charges                 .00
Interest Paid                   .00
Ending Balance              738.58

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/05 | DEPOSIT | 3,131.00 |
| 3/12 | DEPOSIT | 1,627.00 |
| 3/19 | DEPOSIT | 1,539.84 |
| 3/22 | DEPOSIT | 250.00 |
| 3/26 | DEPOSIT | 1,115.00 |

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | PRIMERICA LIFE  INS. PREM PPD | 227.32- |

08/30/2022  07:30   4787818701                                                                 PAGE  11

 **Capital City Bank**

# e|statement

Capital City Bank OnLine

CORNERSTONE BAPTIST CHURCH OF MACON, INC          Date  3/30/12          Page   2
OPERATING ACCOUNT                                 Primary Account        XXXXXX1601
P O BOX 3296
MACON GA 31205-3296

ABSOLUTELY FREE BUSINESS CKING          XXXXXX1601  (Continued)

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 3/06 | TRANSF TO PAYROLL<br>TR FM OP MB1000/MG350/LB375-GH<br>CONFIRMATION NUMBER  306120773 | 1,725.00- |
| 3/13 | TRANSF TO PAYROLL<br>TRAN FM OPER MB - GH<br>CONFIRMATION NUMBER  313120583 | 1,000.00- |
| 3/14 | MACON WATER AUTHWATER BILLWEB | 45.86- |
| 3/19 | CHURCH MUTUAL IN7155365577CCD<br>Z1051385910 | 388.05- |
| 3/19 | AOL* SERVICE 03 12          PPD | 21.95- |
| 3/20 | TRANSF TO PAYROLL<br>FROM OPER MB - GH<br>CONFIRMATION NUMBER  320120497 | 1,000.00- |
| 3/27 | TRANSF TO PAYROLL<br>PAY MB - GH<br>CONFIRMATION NUMBER  327120513 | 1,000.00- |
| 3/29 | PRIMERICA LIFE  INS. PREM PPD | 227.32- |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 3/01 | 600 | 445.20 | 3/21 | 606* | 55.00 |
| 3/05 | 601 | 200.00 | 3/20 | 607 | 32.75 |
| 3/06 | 602 | 29.52 | 3/22 | 608 | 174.46 |
| 3/07 | 603 | 1,079.72 | 3/23 | 610* | 100.00 |
| 3/19 | 604 | 99.39 | 3/29 | 611 | 97.60 |

* Denotes missing check numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 352.36 | 3/05 | 3,283.36 | 3/06 | 1,528.84 |

08/30/2022  07:30     4787818701                                          PAGE  12


e|statement

Capital City Bank OnLine

CORNERSTONE BAPTIST CHURCH OF MACON, INC
OPERATING ACCOUNT
P O BOX 3296
MACON GA 31205-3296

Date  3/30/12
Primary Account

Page     3
XXXXXX1601

ABSOLUTELY FREE BUSINESS CKING          XXXXXX1601  (Continued)

| **DAILY BALANCE INFORMATION** | | | | | |
|------|---------|------|---------|------|---------|
| Date | Balance | Date | Balance | Date | Balance |
| 3/07 | 449.12 | 3/19 | 2,060.71 | 3/23 | 948.50 |
| 3/12 | 2,076.12 | 3/20 | 1,027.96 | 3/26 | 2,063.50 |
| 3/13 | 1,076.12 | 3/21 | 972.96 | 3/27 | 1,063.50 |
| 3/14 | 1,030.26 | 3/22 | 1,048.50 | 3/29 | 738.58 |

-----------END OF STATEMENT----------

**Deposit**  Date: 03/05   Amount: $3,131.00

**Deposit**  Date: 03/12   Amount: $1,627.00

**Deposit**  Date: 03/19   Amount: $1,539.84

**Deposit**  Date: 03/22   Amount: $250.00

**Deposit**  Date: 03/26   Amount: $1,115.00

**Check**  600   Date: 03/01   Amount: $445.20

**Check**  601   Date: 03/05   Amount: $200.00

**Check**  602   Date: 03/06   Amount: $29.52

**Check**  603   Date: 03/07   Amount: $1,079.72

**Check**  604   Date: 03/19   Amount: $99.29

**Check**  608   Date: 03/21   Amount: $55.00

**Check**  607   Date: 03/20   Amount: $32.75



08/30/2022   07:30     4787818701                                                        PAGE   14



CORNERSTONE BAPTIST CHURCH OF MACON, INC
OPERATING ACCOUNT PH. 478-781-2782
P.O. BOX 3298
MACON, GA 31205-8298                                                    608

Pay to the Order of    Coy Cofele                              $ 174.46

One Hundred seventy four & 46/100 —— Dollars

Capital City Bank

For 001-D110-08545050.1          Daye C. Hattaway

Check     608   Date: 03/22   Amount: $174.46



CORNERSTONE BAPTIST CHURCH OF MACON, INC
OPERATING ACCOUNT PH. 478-781-2782
P.O. BOX 3298
MACON, GA 31205-8298                                                    610

Pay to the Order of    Mike Slinger                           $ 100.00

One Hundred & 00/100 —— Dollars

Capital City Bank

For Resignation Bonus          Daye C. Hattaway

Check     610   Date: 03/23   Amount: $100.00



CORNERSTONE BAPTIST CHURCH OF MACON, INC
OPERATING ACCOUNT PH. 478-781-2782
P.O. BOX 3298
MACON, GA 31205-3298                                                    611

Pay to the Order of    The Dept of Revenue                    $ 97.80

Ninety seven & 80/100 —— Dollars

Capital City Bank

For Payment # 747338480          Daye C. Hattaway

Check     611   Date: 03/26   Amount: $97.80

**THIS FORM IS PROVIDED TO HELP YOU
BALANCE YOUR BANK STATEMENT**

**Member
F D I C**

### CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **SUBTOTAL** | $ |
|  |  | **TOTAL COLUMN 1** | $ |
| **TOTAL** | $ | **GRAND TOTAL** | $ |

MONTH _____ 20_____

BANK BALANCE SHOWN
ON THIS STATEMENT        $ _____

ADD (+) DEPOSITS
NOT CREDITED ON
THIS STATEMENT (IF ANY)  $ _____

                         $ _____

                         $ _____

TOTAL                    $ _____

SUBTRACT (−)
CHECKS OUTSTANDING       $ _____

BALANCE                  $ _____

**BALANCE SHOULD AGREE WITH YOUR CHECKBOOK
BALANCE AFTER DEDUCTING SERVICE CHARGES,
AUTOMATIC TELLER WITHDRAWALS AND OTHER BANK
CHARGES SHOWN ON THIS STATEMENT.**

**THE FOLLOWING INSTRUCTIONS ARE PUBLISHED IN COMPLIANCE WITH FEDERAL AND STATE BANKING REQUIREMENTS
OUR BUSINESS DAYS ARE MONDAY THROUGH FRIDAY, HOLIDAYS ARE NOT INCLUDED.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:** Telephone us Monday thru Friday between 8 a.m. and 5 p.m. eastern time using the telephone number shown on the front of the statement, or write us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can if you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts (one within 30 days after initial deposit), transactions that originate at a point-of-sale terminal, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. Also, for new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If the error or question does not involve a debit ATM transaction, a debit point-of-sale transaction or other electronic funds transfer, different error notification procedures may apply.

### BILLING RIGHTS SUMMARY
### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1) Your name and account number.
2) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
3) The dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

If you have authorized us to automatically pay your bill from your checking or savings account, you can stop payment on any amount you think is wrong by mailing your notice so that we receive it within 3 business days before the automatic payment is scheduled to occur.

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request.

### REQUIRED DISCLOSURES
The periodic statement on the reverse side reflects the activity for this account posted during the previous billing period.

The daily periodic rate and annual percentage rate disclosed herein may vary.

*Revised 06/2008*

1) **Disclosures for Cash Advances.** We compute the FINANCE CHARGE on your account by applying the daily periodic rate to the daily balance of your account. To get the daily balance, we take the beginning balance of your account each day, add any new advances and fees, and subtract any payments or credits. This gives us the daily balance.

2) **How Your Payments Are Applied.** Unless otherwise agreed or required by applicable law, payments and other credits will be applied first to FINANCE CHARGES; then to unpaid principal; then to any voluntary credit life and disability insurance premiums; and then to late charges and other charges.

The accountholder may pay the entire balance at any time.

### SUBSTITUTE CHECKS AND YOUR RIGHTS
**What is a substitute check?** To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?** In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we receive your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?** If you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us using the information on the front of this statement. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

*Your claim must include —*
- *A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);*
- *An estimate of the amount of your loss;*
- *An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and*
- *A copy of the substitute check and/or the following information to help us identify the substitute check: the check number, the name of the person to whom you wrote the check, the amount of the check.*

**Making a Claim for an Expedited Refund** – Please make your claim (as explained above) by calling us, by writing to us, or by e-mailing us at the numbers and address listed below:

**Capital City Bank, P.O. Box 900, Tallahassee, FL 32302-0900
850.402.7500 • Toll-Free 888.671.0400 • www.ccbg.com**

08/30/2022  07:30   4787818701                                                      PAGE   16



# e|statement

Capital City Bank OnLine

A Home Equity Line of Credit provides the money needed when insurance or emergency funds aren't enough to handle the unexpected. Apply today and, once approved, access this cash-up to available credit limit-when you need it most. www.ccbg.com

CORNERSTONE BAPTIST CHURCH OF MACON,INC          Date  3/30/12          Page   1
PAYROLL ACCOUNT                                  Primary Account        XXXXXX2401
P O BOX 3296
MACON GA 31205-3296

## CHECKING ACCOUNT

| ABSOLUTELY FREE BUSINESS CKING | | Images | 6 |
|---|---|---|---|
| Account Number | XXXXXX2401 | Statement Dates  3/01/12 thru  4/01/12 | |
| Previous Balance | 420.01 | Days in this Statement Period | 32 |
| 4 Deposits/Credits | 4,725.00 | Avg Ledger Balance | 465.32 |
| 6 Checks/Debits | 4,725.00 | Avg Collected Balance | 465.32 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 420.01 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 3/06 | TRSF FROM OPERATING | 1,725.00 |
| | TR FM OP MB1000/MG350/LB375-GH | |
| | CONFIRMATION NUMBER  306120773 | |
| 3/13 | TRSF FROM OPERATING | 1,000.00 |
| | TRAN FM OPER MB - GH | |
| | CONFIRMATION NUMBER  313120583 | |
| 3/20 | TRSF FROM OPERATING | 1,000.00 |
| | FROM OPER MB - GH | |
| | CONFIRMATION NUMBER  320120497 | |
| 3/27 | TRSF FROM OPERATING | 1,000.00 |
| | PAY MB - GH | |



**Capital City Bank**  **e|statement**

Capital City Bank OnLine

CORNERSTONE BAPTIST CHURCH OF MACON, INC
PAYROLL ACCOUNT
P O BOX 3296
MACON GA 31205-3296

Date  3/30/12          Page    2
Primary Account        XXXXXX2401

ABSOLUTELY FREE BUSINESS CKING        xxxxxx2401  (Continued)

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|------|-------------|--------|
|      | CONFIRMATION NUMBER  327120513 |  |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount | Date | Check No | Amount |
|------|----------|--------|------|----------|--------|
| 3/08 | 564 | 350.00 | 3/13 | 567 | 1,000.00 |
| 3/08 | 565 | 375.00 | 3/20 | 568 | 1,000.00 |
| 3/06 | 566 | 1,000.00 | 3/27 | 569 | 1,000.00 |

* Denotes missing check numbers

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 420.01 | 3/08 | 420.01 | 3/20 | 420.01 |
| 3/06 | 1,145.01 | 3/13 | 420.01 | 3/27 | 420.01 |

-----------END OF STATEMENT----------

**Check 564** — Date: 03/08   Amount: $350.00

CORNERSTONE BAPTIST CHURCH OF MACON, INC
PAYROLL ACCOUNT PH. 478-781-2762
P.O. BOX 3296
MACON, GA 31205-3296
564
Date 3/4/12
Pay to the Order of Martina Giles   $350.00
Three hundred fifty & 00/100   Dollars
Capital City Bank
For _____
Dexy C. Hattaway

**Canhed Check 565** — Date: 03/08   Amount: $375.00

CORNERSTONE BAPTIST CHURCH OF MACON, INC
PAYROLL ACCOUNT PH. 478-781-2762
P.O. BOX 3296
MACON, GA 31205-3296
565
Date 3/4/12
Pay to the Order of Lynne Barnes   $375.00
Three hundred seventy five & 00/100   Dollars
Capital City Bank
For _____
Dexy C. Hattaway

**Check 566** — Date: 03/08   Amount: $1,000.00

CORNERSTONE BAPTIST CHURCH OF MACON, INC
PAYROLL ACCOUNT PH. 478-781-2762
P.O. BOX 3296
MACON, GA 31205-3296
566
Date 3/4/12
Pay to the Order of Mike Blizzard   $1000.00
One thousand & 00/100   Dollars
Capital City Bank
For _____
Dexy C. Hattaway

**Check 567** — Date: 03/13   Amount: $1,000.00

CORNERSTONE BAPTIST CHURCH OF MACON, INC
PAYROLL ACCOUNT PH. 478-781-2762
P.O. BOX 3296
MACON, GA 31205-3296
567
Date 3/11/12
Pay to the Order of Mike Blizzard   $1000.00
One thousand & 00/100   Dollars
Capital City Bank
For _____
Dexy C. Hattaway

**Check 568** — Date: 03/20   Amount: $1,000.00

CORNERSTONE BAPTIST CHURCH OF MACON, INC
PAYROLL ACCOUNT PH. 478-781-2762
P.O. BOX 3296
MACON, GA 31205-3296
568
Date 3/18/12
Pay to the Order of Mike Blizzard   $1000.00
One thousand & 00/100   Dollars
Capital City Bank
For _____
Dexy C. Hattaway

**Check 569** — Date: 03/27   Amount: $1,000.00

CORNERSTONE BAPTIST CHURCH OF MACON, INC
PAYROLL ACCOUNT PH. 478-781-2762
P.O. BOX 3296
MACON, GA 31205-3296
569
Date 3/25/12
Pay to the Order of Mike Blizzard   $1000.00
One thousand & 00/100   Dollars
Capital City Bank
For _____
Dexy C. Hattaway



**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

Member FDIC

EQUAL HOUSING LENDER

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| CHECK NUMBER | AMOUNT | | CHECK NUMBER | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | SUBTOTAL | $ | |
| | | | TOTAL COLUMN 1 | $ | |
| TOTAL | $ | | GRAND TOTAL | $ | |

MONTH ______________ 20____

BANK BALANCE SHOWN ON THIS STATEMENT $ ______________

ADD (+) DEPOSITS NOT CREDITED ON THIS STATEMENT (IF ANY) $ ______________

$ ______________

$ ______________

$ ______________

TOTAL $ ______________

SUBTRACT (–) CHECKS OUTSTANDING $ ______________

BALANCE $ ______________

BALANCE SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGES, AUTOMATIC TELLER WITHDRAWALS AND OTHER BANK CHARGES SHOWN ON THIS STATEMENT.

**THE FOLLOWING INSTRUCTIONS ARE PUBLISHED IN COMPLIANCE WITH FEDERAL AND STATE BANKING REQUIREMENTS OUR BUSINESS DAYS ARE MONDAY THROUGH FRIDAY. HOLIDAYS ARE NOT INCLUDED.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:** Telephone us Monday thru Friday between 9 a.m. and 5 p.m. eastern time using the telephone number shown on the front of the statement, or write us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can if you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts (one within 30 days after initial deposit), transactions that originate at a point-of-sale terminal, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. Also, for new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If the error or question does not involve a debit ATM transaction, a debit point-of-sale transaction or other electronic funds transfer, different error notification procedures may apply.

**BILLING RIGHTS SUMMARY**
**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1) Your name and account number.
2) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
3) The dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

If you have authorized us to automatically pay your bill from your checking or savings account, you can stop payment on any amount you think is wrong by mailing your notice so that we receive it within 3 business days before the automatic payment is scheduled to occur.

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request.

**REQUIRED DISCLOSURES**

The periodic statement on the reverse side reflects the activity for this account posted during the previous billing period.

The daily periodic rate and annual percentage rate disclosed herein may vary.

1) **Disclosures for Cash Advances.** We compute the FINANCE CHARGE on your account by applying the daily periodic rate to the daily balance of your account. To get the daily balance, we take the beginning balance of your account each day, add any new advances and fees, and subtract any payments or credits. This gives us the daily balance.
2) **How Your Payments Are Applied.** Unless otherwise agreed or required by applicable law, payments and other credits will be applied first to FINANCE CHARGES; then to unpaid principal; then to any voluntary credit life and disability insurance premiums; and then to late charges and other charges.

The accountholder may pay the entire balance at any time.

**SUBSTITUTE CHECKS AND YOUR RIGHTS**

**What is a substitute check?** To make check processing faster, federal law permits banks to replace original checks with "substitute checks". These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?** In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we receive your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?** If you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us using the information on the front of the first page of this statement. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

*Your claim must include –*

- *A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);*
- *An estimate of the amount of your loss;*
- *An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and*
- *A copy of the substitute checks and/or the following information to help us identify the substitute check: the check number, the name of the person to whom you wrote the check, the amount of the check.*

**Making a Claim for an Expedited Refund** – Please make your claim (as explained above) by calling us, by writing to us, or by e-mailing us at the numbers and address listed below:

**Capital City Bank, P.O. Box 900, Tallahassee, FL 32302-0900**
**850.402.7500 • Toll-Free 888.671.0400 • www.ccbg.com**

*Revised 08/2008*

08/30/2022  07:30    4787818701                                                    PAGE  20


# e | statement

*Capital City Bank OnLine*

A Home Equity Line of Credit provides the money needed when insurance or emergency funds aren't enough to handle the unexpected. Apply today and, once approved, access this cash-up to available credit limit-when you need it most. www.ccbg.com

CORNERSTONE BAPTIST CHURCH OF MACON, INC      Date  3/30/12          Page   1
TAX ACCOUNT                                   Primary Account      XXXXXX3201
P O BOX 3296
MACON GA 31205-3296

## CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| ABSOLUTELY FREE BUSINESS CKING | | Images | 0 |
| Account Number | XXXXXX3201 | Statement Dates  3/01/12 thru  4/01/12 | |
| Previous Balance | 28.40 | Days in this Statement Period | 32 |
| Deposits/Credits | .00 | Avg Ledger Balance | 28.40 |
| Checks/Debits | .00 | Avg Collected Balance | 28.40 |
| Service Charges | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 28.40 | | |

## DAILY BALANCE INFORMATION

| Date | Balance |
|---|---|
| 3/01 | 28.40 |

-------------END OF STATEMENT----------

**THIS FORM IS PROVIDED TO HELP YOU
BALANCE YOUR BANK STATEMENT**

**Member
F D I C**

CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | SUBTOTAL | $ |
|  |  | TOTAL COLUMN 1 | $ |
| TOTAL | $ | GRAND TOTAL | $ |

MONTH _____ 20_____

BANK BALANCE SHOWN
ON THIS STATEMENT        $ _____

ADD (+) DEPOSITS
NOT CREDITED ON
THIS STATEMENT (IF ANY) $ _____

                        $ _____

                        $ _____

TOTAL                   $ _____

SUBTRACT (−)
CHECKS OUTSTANDING      $ _____

BALANCE                 $ _____

BALANCE SHOULD AGREE WITH YOUR CHECKBOOK
BALANCE AFTER DEDUCTING SERVICE CHARGES,
AUTOMATIC TELLER WITHDRAWALS AND OTHER BANK
CHARGES SHOWN ON THIS STATEMENT.

THE FOLLOWING INSTRUCTIONS ARE PUBLISHED IN COMPLIANCE WITH FEDERAL AND STATE BANKING REQUIREMENTS
OUR BUSINESS DAYS ARE MONDAY THROUGH FRIDAY. HOLIDAYS ARE NOT INCLUDED.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:** Telephone us Monday thru Friday between 9 a.m. and 5 p.m. eastern time using the telephone number shown on the front of the statement, or write us as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can if you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts (one within 30 days after initial deposit), transactions that originate at a point-of-sale terminal, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. Also, for new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

If the error or question does not involve a debit ATM transaction, a debit point-of-sale transaction or other electronic funds transfer, different error notification procedures may apply.

**BILLING RIGHTS SUMMARY
IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after your first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1) Your name and account number.
2) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.
3) The dollar amount of the suspected error.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

If you have authorized us to automatically pay your bill from your checking or savings account, you can stop payment on any amount you think is wrong by mailing your notice so that we receive it within 3 business days before the automatic payment is scheduled to occur.

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you upon request.

**REQUIRED DISCLOSURES**
The periodic statement on the reverse side reflects the activity for this account posted during the previous billing period.

The daily periodic rate and annual percentage rate disclosed herein may vary.

*Revised 08/2008*

1) **Disclosures for Cash Advances.** We compute the FINANCE CHARGE on your account by applying the daily periodic rate to the daily balance of your account. To get the daily balance, we take the beginning balance of your account each day, add any new advances and fees, and subtract any payments or credits. This gives us the daily balance.

2) **How Your Payments Are Applied.** Unless otherwise agreed or required by applicable law, payments and other credits will be applied first to FINANCE CHARGES; then to unpaid principal; then to any voluntary credit life and disability insurance premiums; and then to late charges and other charges.

The accountholder may pay the entire balance at any time.

**SUBSTITUTE CHECKS AND YOUR RIGHTS**
**What is a substitute check?** To make check processing faster, federal law permits banks to replace original checks with "substitute checks". These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substitute checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?** In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest on the amount of your refund if your account is an interest-bearing account. If your loss exceeds the amount of the substitute check, you may be able to recover additional amounts under other law.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we receive your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?** If you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us using the information on the front of the first page of this statement. You must contact us within 40 calendar days of the date that we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

*Your claim must include —*
■ A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);
■ An estimate of the amount of your loss;
■ An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and
■ A copy of the substitute check and/or the following information to help us identify the substitute check: the check number, the name of the person to whom you wrote the check, the amount of the check.

**Making a Claim for an Expedited Refund** – Please make your claim (as explained above) by calling us, by writing to us, or by e-mailing us at the numbers and address listed below:

**Capital City Bank, P.O. Box 900, Tallahassee, FL 32302-0900**
**850.402.7500 • Toll-Free 888.671.0400 • www.ccbg.com**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the

DEBTOR'S MONTHLY OPERATING REPORT

upon the following:

Elizabeth Hardy, Esq.
440 MLK Jr. Blvd., Suite 302
Macon GA 31201

via the court's electronic notification system this _6th_ day of _September_ , 2012.

KATHY ENGLISH